**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Alicia Gonzalez*
*Special Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Alicia.Gonzalez@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 645-2761*
*fax: (973) 297-2010*

October 21, 2026

**<u>Via ECF</u>**
Hon. Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**Re: *Silva Cruz v. Soto,* No. 26-13469 (CCC)**
**Extension Request for Petitioner's Bond Hearing**

Dear Judge Cecchi:

This Office represents Respondents in this habeas matter. On October 10, 2026, U.S. Immigration and Customs Enforcement ("ICE") issued a Form I-286, Notice of Custody Determination, detaining Petitioner pending removal proceedings.[1] Ex. A (Form I-286). We respectfully write, pursuant to the Court's October 15, 2026 Order, ECF No. 2, to inform the Court that the Petitioner requested a continuance of the hearing and therefore, we respectfully request an extension of time, until October 29, 2026, so that the immigration court may conduct Petitioner's custody redetermination hearing before an immigration judge.

ICE informs this Office that the Executive Office for Immigration Review ("EOIR") scheduled Petitioner's bond hearing to occur within the parameters of the Court's order. However, ICE reports that Petitioner's counsel filed a motion for a continuance of the bond hearing, Ex. B, and EOIR rescheduled the hearing to October 29, 2026. Ex. C (Notice of Hearing). Therefore, we respectfully request an extension of time, until October 29, so that EOIR can conduct Petitioner's bond hearing. We will

[1] Petitioner also has had encounters with law enforcement. *See* Ex. D (New Jersey Courts Summary). On September 11, 2017, Petitioner was charged with Operating Taxicab Without a License. *Id.* Disposition: paid a fine of $283. *Id.* On April 24, 2026, Petitioner was charged with Unsafe Operation of a Vehicle. Ex. E (Municipal Court Case Search). Disposition: pled guilty and paid fine of $440.

provide an update regarding the outcome of Petitioner's bond hearing on or before November 3, 2026, unless otherwise ordered by this Court.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: */s/ Alicia Gonzalez*
ALICIA GONZALEZ
Special Assistant U.S. Attorney
*Attorneys for Respondents*

cc: Counsel of record (via ECF)

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 10/22/2026